**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hector SANCHEZ–CAMACHO,**
**Defendant–Appellant.**

**No. 09–50108.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 11, 2010.

Dominic Kardum, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kurt David Hermansen, Law Office of Kurt David Hermansen, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Hector Sanchez–Camacho appeals from the 48–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Sanchez–Camacho contends that the sentence is substantively unreasonable because the district court overstated the seriousness of his criminal history, and because the 16–level enhancement that was imposed pursuant to U.S.S.G. § 2L1.2(b)(1)(a) was triggered by a relatively minor and stale narcotics conviction. The record reflects that the district court properly considered Sanchez–Camacho's individual circumstances and the required factors under 18 U.S.C. § 3553(a), and that, under the totality of the circumstances, the sentence below the guidelines range is not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Autery,* 555 F.3d 864, 877 (9th Cir.2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.